DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDWARD SOBEL** and **BAMBI SOBEL,**
Appellants,

v.

**UNIVERSAL PROPERTY & CASUALTY INSURANCE CORPORATION,**
Appellee.

No. 4D2023-0511

[April 4, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 502017CA006497XXXMB.

Lloyd J. Heilbrunn of Law Office of Lloyd J. Heilbrunn, Juno Beach, for appellants.

Kara Rockenbach Link and David A. Noel of Link & Rockenbach, PA, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***